**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas
Filed
10-27-09
Michel N. Milby, Clerk

Interpreter Present? ☑ Yes ☐ No   ERO P. Williams
USPT/USPO  V. Fendley

OPEN 2:37 ADJOURN 2:45
2:51 – 3:58

☐ OTHER DISTRICT   ☐ DIVISION   THEIR CASE#

**PROCEEDING HELD:**
☐ Initial Appearance      ☐ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing            ☐ Identity                            ☐ Hearing Continued on_____
☑ Detention Hearing       ☐ Preliminary Hearing                ☐ Other

CASE NUMBER ☑ CR ☐ MJ  09-534  Defendant # 6

AUSA David Searly

Edgar Ivan Guerrero                    Mark Bennett - A

☐ Date of arrest_____   ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
Violation of   ☐ Supervised Release ☐ Probation
☑ Defendant ☐ Material Witness appeared   ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.           ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender        ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s)_____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☑ Order of Detention Pending Trial entered as to Defendant(s)  6  .
☐ Bond revoked           ☐ Bond reinstated       ☐ Bond Continued
☑ Defendant    6    remanded to custody      ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant_____Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause     ☐ Identity

☐ Defendant(s)_____ is/are scheduled on _____ at _____ for:
    ☐ Arraignment        ☐ Counsel Determination Hearing       ☐ Identity Hearing
    ☐ Detention Hearing  ☐ Preliminary Hearing                 ☐ Final Revocation Hearing
    ☐ _____Hearing