Date 12/8/09

United States Courts
Southern District of Texas
FILED

DEC 11 2009

Clerk of Court

TO THE HONORABLE JUDGE
OF THE U.S. DISTRICT COURT

Your Honor,

    First, I would like to apologize for violating the laws of this great country. This experience in prison awaiting my judgment is and will cause a great! impact on my life for my future for a long time.

    Hopefully this letter arrives in your hands before I am presented in your court. The charges are serious in nature, but I want all the facts known to you for proper justice. I fell into a trap of and because of my own responsibility. My part is minor as later I appropriately let the court know.

    I was born here in the United States and at the age of 10 years was residing in Michoacan Mexico assisting my mother because she all this time wanted to return and reside in here native country. I have never asked her why she prefered Mexico, but it might probably? have to do with not me knowing my biological father. Right now I'm twenty (20) years of age with a 7 year old sister living with my Mom.

    I BEG FOR MERCY (i.e., a minor prison sentence) preferably very low as under a year so I can qualify to enroll in the United States-Army to grow and mature and bring my mother and sister, provide them a decent home here in the United States for my seeking of easy money to provide for them got me in this mess. The person assisting me and translating this letter is a man 46 years of age and has provided me this information to help me mature and grow to a man and honor my... father and mother as the 5th commandment in the Bible the word of... the all mighty the Lord Jesus Christ and GOD! This assistant has two or more incarcerations and feels I am not or have been guided by man or a fatherly figure. Most of the contained in this letter is my own desire except where I asked him further advice and recommended Army, U.S. college after the service and most of all learn from this error or big mistake coming to prison and he let me aware, not only have I incarcerated myself, but also my mother and sister, for I have just* arrived here and this is my first time in prison, but later I'll see how much this will hurt my loved ones. I had a good job before this.

    WELL, YOUR HONOR, I have taken a great moment of your valuable time and pray for mercy from the court.

    AGAIN, forgive me for violating the laws of this great country.

Sincerely,

P.S.
I just enrolled in the
GED course in this FDC.



EDGAR IVAN GUERRERO
Reg. No. 99373-179
Federal Detention Center
P.O. 526255
Houston, Tx 77052

U.S. DISTRICT COURT
SOUTHERN DISTRICT/HOUSTON
Judge in Cause#H-09-534
515 Rusk
Houston, Tx 77002