Date 12/08/09

U.S. DISTRICT COURT
SOUTHERN DISTRICT/HOUSTON
Office of the Clerk
P.O. 61010
Houston, Tx 77208

United States
Southern District of Texas
FILED

DEC 2 3 2009

Clerk of Court

RE:   EDGAR IVAN GUERRERO 99373-179
      Crim# H-09-534

REQUEST COPIERS OF DOCKET FILE, PLEA & PSR

Clerk of the Court,

   I come respectfully requesting the above for I have not had any contact with counsel of record.

   THANK YOU very much for your valuable time and attention.

Sincerely,

Edgar Ivan Gurerrero
Reg. No. 99373-179
Federal Detention Center
P.O. Box 526255
Houston, Tx 77052

EDGAR IVAN GUERRERO
Reg. No. 99373-179
Federal Detention Center
P.O. 526255
Houston, Tx 77052

SCREENED BY
U.S. MARSHALS

United States Courts
Southern District of Texas
FILED

DEC 23 2009

Clerk of Court

U.S. DISTRICT COURT
SOUTHERN DISTRICT-HOUSTON
Office of the Clerk
P.O. Box 61010
Houston, Tx 77208

