HONORABLE NANCY K. JOHNSON, PRESIDING
DEPUTY CLERK: Linda Gonzales    ERO: ✓
INTERPRETER: Leo    USPO: _____
OPEN: 10:04    ADJOURN: 10:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED    3-4-10

CR. No. **H-09-534S**    DEFT No. _____    USDJ _____

UNITED STATES OF AMERICA

vs.
Heriberto Perez-Pinon (1)
Israel Perez-Pinon (2)
Alejandro Pantoja-Rosales (3)
Juan Romero-Trujillo (5)
Edgar Ivan Guerrero (6)

§
§
§
§
§
§

DAVID SEARLE _____ AUSA
Andres Sanchez-Ross (1)
Lourdes Rodriguez (2)
Ken McGuire (3)
Jose Ricardo Soliz (5)
Mark Bennett (6)

## ARRAIGNMENT

- [✓] ✓ Arraignment held.  ✓ Superseding Indictment  ___ Information
- [ ] ___ Defts appearance with counsel.
- [✓] ✓ Deft enters a plea of not guilty on ___ counts.
- [ ] ___ Waiver of Speedy Trial executed.
- [ ] ___ Waiver of Indictment.
- [✓] ✓ Docket Control Order issued w/cc to parties ___ to be mailed ✓ not issued
- [ ] ___ Bond continued.
- [ ] ___ Deft failed to appear, bench warrant to issue.
- [✓] ✓ Deft REMANDED to the custody of the U.S. Marshal
- [ ] ___ Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS:

Trial set 3-29-10. Before Judge Gilmore