IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| versus | § | CRIMINAL NO. 4:09CR00534-006 |
| Edgar Ivan Guerrero | § | |
| Defendant. | § | |

## ORDER RESETTING SENTENCING

At the request of the Probation Office, the sentencing of the Defendant is hereby reset.

1. The Pre-sentence Investigation Report will be available to the Defendant by _January 27, 2011_.

2. Counsel will file objections or a statement within fourteen (14) days after disclosure.

3. The sentencing will be held:

    Date: _April 18, 2011_
    Time: _9:30_ (AM) PM

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the _7_ day of _January_, 2011, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**